IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FIRST PROFESSIONALS
INSURANCE COMPANY,

Plaintiff,

v.

OSCAR F. FLORENDO, M.D.;
OSBEC MEDICAL OF SOUTHERN
ILLINOIS, LLC; WAL-MART STORES, INC.;
and KARA MANLEY, Adm. of the Estate of
Gary W. Manley, deceased,

Defendants.                                             No. 11-cv-00197-DRH

ORDER

**HERNDON, Chief Judge:**

Pending before this Court is plaintiff First Professionals Insurance Company ("FPIC")'s complaint for declaratory judgment (Doc. 2). In accordance with the verdict of the jury, the Court **DENIES** plaintiff's complaint for declaratory judgment, finding that plaintiff owes defendant, Dr. Oscar Florendo, a duty to defend and insure in the underlying suit.

**IT IS SO ORDERED.**

Signed this 6th day of March, 2013.

Digitally signed by David R. Herndon
Date: 2013.03.06 16:36:27 -06'00'

Chief Judge
United States District Court