UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

FIRST PROFESSIONALS INSURANCE
COMPANY, INC.,

    Plaintiff,

-vs-

OSCAR F. FLORENDO, M.D., OSBEC
MEDICAL OF SOUTHERN ILLINOIS
LLC, WAL-MART STORES, INC. and
KARA MANLEY,

    Defendants.        NO.  11-CV-197-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court as a result of a jury trial that concluded on March 6, 2013.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the jury verdict returned on March 6, 2013, plaintiff's complaint for declaratory judgment is denied and plaintiff owes defendant, Dr. Oscar Florendo, a duty to defend and insure in the underlying suit.

                NANCY J. ROSENSTENGEL,
                CLERK OF COURT

                BY:    /s/*Sara Jennings*
                        **Deputy Clerk**

Dated:  March 7, 2013

Digitally signed by
David R. Herndon
Date: 2013.03.07
11:20:31 -06'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT